UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARC FATTON,

    Plaintiff,                              CASE NO.: 3:22-CV-00475

vs.

MAYKER, LLC,

    Defendant.                 /

## NOTICE OF SETTLEMENT

Plaintiff, MARC FATTON, by and through his undersigned counsel, hereby files this Notice of Settlement to advise this Court that the Parties have resolved this matter in its entirety and will be finalizing a written settlement agreement.

Dated: January 18, 2023                              Respectfully submitted,

                                                     ***/s/ Kimberly De Arcangelis***
                                                     Kimberly De Arcangelis, Esq.
                                                     Bar No.: 025871
                                                   Thomas L. Dickens
                                                  Bar No.: 063867
                                                 Morgan & Morgan, P.A.
                                                 20 N. Orange Ave., 15th Floor
                                                 Orlando, Florida 32801
                                                 Telephone: (407) 420-1414
                                                 Facsimile: (407) 245-3383
                                                 Email: kimd@forthepeople.com

                                                 *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the foregoing has been furnished to the Clerk of the Court using the CM/ECF System which I understand will send electronic notice to all counsel of record, this 18th day of January, 2023.

*/s/ Kimberly De Arcangelis*
Kimberly De Arcangelis, Esq.