UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**MARC FATTON,**

    **Plaintiff,**

**CASE NO.: 3:22-CV-00475**

vs.

**MAYKER, LLC,**

    **Defendant.**     /

## JOINT STIPULATION FOR DISMISSAL

Plaintiff, MARC FATTON, and Defendant, MAYKER, LLC, by and through their undersigned attorneys and pursuant to Rule 41(a)(1)(A)(ii), stipulate to the entry of an Order dismissing this case.

Dated: February 21, 2023             Respectfully submitted,

| | |
|---|---|
| */s/ Kimberly De Arcangelis*<br>Kimberly De Arcangelis, Esq.<br>Bar No.: 025871<br>Thomas L. Dickens<br>Bar No.: 063867<br>Morgan & Morgan, P.A.<br>20 N. Orange Ave., 15th Floor<br>Orlando, Florida 32801<br>Telephone: (407) 420-1414<br>Facsimile: (407) 245-3383<br>Email: kimd@forthepeople.com<br><br>*Attorneys for Plaintiff* | */s/ Tim K. Garrett*<br>Tim K. Garrett (BPR# 012083)<br>Kimberly S. Veirs (BPR# 034811)<br>Bass, Berry & Sims, PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, Tennessee 37201<br>Telephone: (615) 742-6200<br>Facsimile: (615) 742-6293<br>Email: tgarrett@bassberry.com<br>            kveirs@bassberry.com<br><br>*Attorneys for Defendant* |